# ELECTRONIC RECORD

COA # 03-13-00347-CR     OFFENSE: Intoxication Offenses

STYLE: Donna Marie Pryor v. The State of Texas     COUNTY: Comal

COA DISPOSITION: AFFIRMED     TRIAL COURT: 207th District Court

DATE: 5/1/15     Publish: NO     TC CASE #: CR2012-208

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Donna Marie Pryor v. The State of Texas     CCA #: 1005-15

_APPELLANT'S_ Petition FOR DISCRETIONARY REVIEW IN CCA IS:     CCA Disposition: _____

_Refused_     DATE: _____

DATE: _Nov. 4, 2015_     JUDGE: _____

JUDGE: _PC_     SIGNED: _____     PC: _____

PUBLISH: _____     DNP: _____

--------------------------

_____ MOTION FOR REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**